

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00560-CV

**EX PARTE RAMON DIANA PEREZ**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06017
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we GRANT IN PART the parties' joint motion to reverse and render. We REVERSE the trial court's order of expunction with regard to the October 2006 arrest only and REMAND to the trial court for further proceedings consistent with this opinion. *See* TEX. R. APP. P. 42.1(a)(2)(B). Pursuant to the parties' agreement, we order that appellee bear all costs of this appeal. *See id*. at R. 43.4.

SIGNED October 17, 2018.

_____
Irene Rios, Justice